LODGED
CLERK, U.S. DISTRICT COURT
5/14/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: _____BOM_____ DEPTUY

FILED
CLERK, U.S. DISTRICT COURT

05/14/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ts_____ DEPUTY

TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney &
Chief, Criminal Division
CHRISTINA R.B. LÓPEZ (Cal. Bar No. 312610)
Assistant United States Attorney
Major Crimes Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2475
    Facsimile: (213) 894-0141
    E-mail:    christina.lopez@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:26-mj-02902-DUTY |
|---|---|
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING COMPLAINT AND RELATED DOCUMENTS; DECLARATION OF CHRISTINA R.B. LÓPEZ |
| v. | |
| JEFFREY CARRION, aka "Trip," | **(UNDER SEAL)** |
| Defendant. | |

The government hereby applies ex parte for an order that the complaint and any related documents in the above-titled case (except the arrest warrant for the charged defendant) be kept under seal until (1) the government files a "Report Commencing Criminal Action" in this matter, or (2) the U.S. Attorney's Office notifies the Clerk that the case may be unsealed.

//

//

//

//

This ex parte application is made pursuant to Federal Rule of Criminal Procedure 6(e)(4) and is based on the attached declaration of AUSA Christina R.B. López.

Dated: May 14, 2026                Respectfully submitted,

TODD BLANCHE
Acting Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

JENNIFER L. WAIER
Chief Assistant United States Attorney &
Chief, Criminal Division


    /s/ Christina R.B. López
CHRISTINA R.B. LÓPEZ
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2

### DECLARATION OF CHRISTINA R.B. LÓPEZ

I, CHRISTINA R.B. LÓPEZ, declare as follows:

1.    I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California.  I represent the government in the prosecution of United States v. Jeffrey Carrion, the complaint for which is being presented to a Magistrate Judge for the Central District of California.

2.    Defendant has not been taken into custody on the charge contained in the complaint and has not been informed that he is being named as a defendant in the complaint being presented concurrently herewith.  The likelihood of apprehending defendant might be jeopardized if the complaint in this case were made publicly available before defendant is taken into custody on the complaint.

3.    Accordingly, the government requests that the complaint and related documents in this case (except the arrest warrant) be sealed and remain so until the defendant is taken into custody on the charge contained in the complaint and the government files a "Report Commencing Criminal Action" in this matter, or until such time as the U.S. Attorney's Office notifies the Clerk that the case may be unsealed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on May 14, 2026.

/s/ Christina R.B. López
CHRISTINA R.B. LÓPEZ

1